**File Hashes for IP Address 96.244.144.76**

**ISP:** Verizon Internet Services
**Physical Location:** Columbia, MD

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/07/2013 07:14:55 | D156D212A994943F094077CCD4768E7CA8E39461 | Going Strong |
| 07/07/2013 07:12:06 | 396A4186E0ED3391ADD8DEB349DAB8F487164D58 | Stay for a While |
| 07/07/2013 07:09:28 | 64213CF5F444567056BC1D0E669EC60A5AACDAE4 | Newlyweds |
| 07/01/2013 22:49:09 | F0D711BDD4A5F622592C4060F505CA81AB9C183B | Names |
| 07/01/2013 22:45:02 | F92D320B3D153EB848CD9C470477E1C3F5C2281B | Good Morning Baby |
| 06/29/2013 02:07:58 | C16CEAC38E0C09CC468B3FBA9ADAAA34B76D6FE4 | Oh Mia |
| 06/19/2013 04:20:30 | F760C8166826B6712709293677420E59898125CE | What a Girl Wants Part #2 |
| 06/14/2013 22:35:28 | CD4DA2C56C0E981709CE713B82737E015698CF58 | Play Me |
| 06/08/2013 16:17:32 | 7BCED86D21A80F8F558E488AADA71DE058BE8A34 | Bad Girls |
| 06/03/2013 03:05:51 | BA772D1708E497F0BBD02ACE6BCD94F0E9C30255 | Wild at Heart |
| 06/02/2013 22:20:47 | 2980163D135A0308861CD211FA0BA8138E93CA60 | Featherlight |
| 06/02/2013 21:55:27 | ABA55566EA5937A79805768DB2650E729D37A18F | A Love Story |
| 06/02/2013 21:50:00 | F0C1C37D5E893FE2EE1C7A63540251077B4A7912 | Snow White and the Prince |
| 06/02/2013 21:49:43 | F689C016DF7F9CCDD02B4451A0F418C961553105 | Late for Work |
| 06/02/2013 21:32:00 | 149B621A7854AD4251012BDA94681F3C21D72DE8 | Unbelievably Beautiful |
| 06/02/2013 21:31:18 | F9B6061F6E9694F58391A8589087967689611A22 | Apartment Number Four |
| 06/01/2013 23:00:45 | 8E082AB4A0CF22E8EEB3AB65CA8B2F9A8EEDB385 | Rolling in the Sheets |
| 05/26/2013 16:07:17 | 55E810A9347523E7F5AFBF5081054E4AFE911479 | Marry Me |
| 05/18/2013 03:45:26 | BFC0CFEDEDF204DCC3DD3E99E5E0BEB4111180BF | Rose Petals |
| 05/07/2013 21:36:53 | 2D8D68C40668EFB88DB912C5822AE34D7CDE892F | The Young and the Restless |
| 05/03/2013 21:46:44 | 0F533F5FEE2B182C79790FD6858368867C68C1CF | Simply Stunning |
| 04/30/2013 02:05:17 | 755FD23134D73F9EE828E6687A0446332D9B2EAA | Bottoms Up |
| 03/22/2013 17:58:31 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |

EXHIBIT A

MD92

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/09/2013 03:31:03 | 8CAD8C2CB1812DA342C0D60B2F043798F2757FC9 | Red Satin |
| 03/01/2013 02:40:03 | 80B15AB4C27186BF599940820D080538EED04185 | Mad Passion |
| 02/26/2013 23:31:08 | BA401DDF4BE2C22350AA1AF64949849E8C47C660 | Tuesday Morning |
| 02/21/2013 23:28:25 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |
| 02/19/2013 23:14:52 | 8BD84717D4C771E4AECB753B18331C6639931B89 | Waterfall Emotions |
| 02/18/2013 23:17:35 | F2F5A22A9C90FFD10E6E08D5690E9EAB531F0C8E | Apartment in Madrid |
| 02/07/2013 23:40:27 | F5EC692A1410CBB2DDA3C61427A97B68CEF6DC01 | Sacred Romance |
| 02/04/2013 02:05:13 | C36DEC68F30937A6694D89B5361968E22F7E1DC7 | Seeing Double |
| 01/31/2013 03:43:00 | CA94994721EE00D6893DD22B663E115738B2CFC7 | Working Out Together |
| 01/01/2013 01:10:27 | C1E9C0D5EABEE2AA9E4F4C4FC4AAA7F087C023A4 | Morning Desires |
| 12/28/2012 23:48:47 | 32F2F5433013752ED4C9749E7EA7E93B00FE02BC | Together Again |
| 12/15/2012 09:21:48 | 484D448C4B29085F79046E183A205560CEDC290B | Unforgettable View #2 |
| 12/15/2012 09:13:02 | F9A44D3D053F4FEC416B05C1A8AC4106E3952725 | Unforgettable View #1 |
| 11/03/2012 01:26:52 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 10/23/2012 00:49:47 | BCBC83747AC422A0E185E22168DC4818130271F3 | A Day to Remember |
| 10/17/2012 22:16:42 | 73D2A617D53196F98228F2629497720ADBBC6CED | Young Passion |
| 10/08/2012 21:41:45 | 666B02844B7629FDDEE8C8C8F6E400F2421FB27F | Wild Things |
| 09/28/2012 23:31:15 | 9830D15B5D1BC23579ABD22B39A2BF5E6C941628 | Photo Fantasy |
| 09/27/2012 01:50:43 | 1FA2BFA906342B360BBB52CB645F94CD19B3FF4E | Black Lingerie Bliss |
| 09/24/2012 04:25:45 | 5E753D3691840FF45B91591B26CE233E3CE70F73 | Three for the Show |
| 09/14/2012 02:32:48 | 7E0D02A27049B9D62A44C76C072E147DFE87437C | Pure Grace |
| 09/10/2012 19:24:54 | 984E68B212B80E6BDF7455A42C9C8EC4CF5F3636 | Morning Memories |
| 09/07/2012 22:37:39 | EE7DC112CE480DC914957AC65A313AE3DEE3E64D | First Love |
| 09/04/2012 07:20:01 | 7376B16D5E78C06B5C6A1C06B7953E57081BEBDE | Lovers in Paradise |
| 09/04/2012 07:00:18 | E29D531865795D8E893C63274FE4B73727F130FA | Constance Aaron X-Art on TV |
| 07/26/2012 03:10:50 | B62385D339EA5767D03B4BA502CEACC8B3FC34EF | Morning Tryst |

EXHIBIT A

MD92

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/17/2012 22:01:16 | 06E59056E6157EF54ECEEEE97C577F9775E57BEF | Backstage |
| 06/27/2012 23:36:46 | 59DFFA8F94AAF5D1F41B78FA691922726C24AF8F | Yoga in the Sky |
| 06/25/2012 22:45:55 | 117AAED4C37CB860A4F3EB9C6A64960598F931E9 | Happy Couple |
| 06/21/2012 22:04:48 | 45EC8EB67C9B3F66E982ED02CEC6EEBD94334BA7 | Foot Fetish |

**Total Statutory Claims Against Defendant: 53**

EXHIBIT A

MD92